B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT Northern District of Illinois | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Hall, David, Keeler | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): See attached list | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 8579 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 1146 N Church St Rockford, IL                    ZIP CODE 61103 | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP CODE |
| County of Residence or of the Principal Place of Business: Winnebago | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): PO Box 77 Rockford, IL                    ZIP CODE 61103 | Mailing Address of Joint Debtor (if different from street address):                    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                    ZIP CODE | |

**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 31 2012

KENNETH S. GARDNER, CLERK
DEPUTY CLERK - LD

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [x] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

#### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

#### Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (12/11)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:  Illinois Northern District | Case Number:<br>07-72675 | Date Filed:<br>11/01/2007 |
| Location<br>Where Filed:  Illinois Northern District | Case Number:<br>07-71683 | Date Filed:<br>07/16/2007 |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>       Signature of Attorney for Debtor(s)       (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑    Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑        Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐        There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐        Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐        Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐        Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐        Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐        Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                 Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor
   815/494-8414
   Telephone Number (if not represented by attorney)
   10/31/2012
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

   _____
   (Printed Name of Foreign Representative)

   _____
   Date

### Signature of Attorney*

X _____
   Signature of Attorney for Debtor(s)

   _____
   Printed Name of Attorney for Debtor(s)

   _____
   Firm Name

   _____
   Address

   _____
   Telephone Number

   _____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

   _____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

   _____
   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

   _____
   Address

X _____
   Signature

   _____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

   _____
   Printed Name of Authorized Individual

   _____
   Title of Authorized Individual

   _____
   Date

Attached Sheet For David Keeler Hall           Chapter 7    Case #

Additional Other Names Used By Debtor In Last 8 Years:

| | | | |
|---|---|---|---|
| Outdoor Designs Inc | 20-804544 | 1432 Myott Ave<br>Rockford, IL 61103 | 2004-2005 |
| Whole House SupplyInc | 20-3939494 | 1432 Myott Ave<br>Rockford, IL 61103 | 2005-2007 |
| Midwest Houseworks | | 1432 Myott Ave<br>Rockford, IL 61103 | 2007-2009 |

Midwest Houseworks dba Stateline Decks


David Hall   dba

    Classic Decks
    Craftsman Deck Co
    Home Plus Service
    Midwest Retractable Screens
    Stateline Deck Co

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## <u>Northern</u> District of <u>Illinois</u>

In re <u>Hall, David, Keeler</u>

Debtor

Case No._____

(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❑ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ❑ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ❑ Active military duty in a military combat zone.

❑ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _____10/31/2012_____

Creditor List - Mailing Matrix
David Keeler Hall    xxx-xx-8579
Page 1 of 14

Ablesoft Solutions
300 Washington St, Ste 204
Oregon, IL 61061

AJB Properties, Tim Ancona
5642 N 2nd St
Loves Park, IL 61111

Albert Hudson
6066 Strathmoor Dr
Rockford, IL 61107

Allied Insurance
3820 109th St Dept 2175
Rockford, IL 61107

Allied Insurance
800 Interchange West 435 Ford Rd
Minneapolis, MN 55426-1096

AllisWeb
1320 S 101st St
West Allis, WI 53214

Amy Plumbing
596 Appleton Rd
Belvidere, IL 61008

Anesthiesia Associates of Woodstock
641 Butterfield Rd, Ste 407
Lombard, IL 60148

APC Programs
5251 Zenith Parkway
Loves Park, IL 61111

Creditor List - Mailing Matrix

David Keeler Hall    xxx-xx-8579

Page 2 of 14

Ardele and Richard Rathke
103 Tamarack Hollow
Poplar Grove, IL

Associated National Collections Bureau
5421 N 2nd St
Loves Park, IL 61111

AT&T
Bankruptcy Dept
6021 S Rio Grande Ave
Orlando, FL 32859

AT&T Long Distance
PO Box 660688
Dallas, TX 75266-0688

Atlas Material Handling
5050 N River Rd
Schiller Park, IL 60176

Avante LLC
865 N Ellsworth Ave
Villa Park, IL 60181

Axsys National Bank
14 McLand Rd
St Cloud, MN 56395

Balsley Printing
8080 Forest Hills Rd
Loves Park, IL 61111

Creditor List - Mailing Matrix

David Keeler Hall    xxx-xx-8579

Page 3 of 14


Bank of America
PO Box 15168
Wilmington, DE 19850-5168


Barker Lumber
PO Box 503
Delevan, WI 53115


Bernard Natale
6833 Stalter Dr
Rockford, IL 61108


Best Living Center
19112 Righiemer Rd
Harvard, IL 60033


Bonded Collection Corp
29 E Madison St
Chicago, IL 60602


Brent Timmerman
7350 Skyview Tr
Roscoe, IL 61073


Camelot Radiology
PO Box 1685
Rockford, IL 61110


Carolyn Currington
1310 Heron Dr
Machesney Park, IL 61115

Creditor List - Mailing Matrix

David Keeler Hall    xxx-xx-8579

Page 4 of 14

Centegra Health Systems
PO Box 1990
Woodstock, IL 60098

Charter Communications
5618 Odana Rd, Ste 150
Madison, WI 53719

Chris Swartout
424 McMurry Rd
Caledonia, IL 61011

Collection Company of America
PO Box 329
Norwell, MA 02061-0329

Columbia House
PO Box 1114
Terre Haute, IN 47811

Com Ed Systems Credit Dept
2100 Swift Dr
Oakbrook, IL 60523

Comcast
PO Box 3005
Southeastern, PA 19398-3005

Contractors Equipment
4949 26th Ave
Rockford, IL 61109

Creditor List - Mailing Matrix

David Keeler Hall   xxx-xx-8579

Page 5 of 14

Coyote Software
1918 Luther Pl
Richland, WI 99352

Credit Collection Services
Two Wells Ave
Newton, MA 02459

Credit Management Services
PO Box 398
Williamsville, NY 14231

Cumulus Media
Box 68-7195
Milwaukee, WI 53268

Custom Glass
9925 N Alpine Rd
Machesney Park, IL 61115

Cross Country Bank
PO Box 310711
Boca Raton, FL 33431-0730

Debra Petta
6840 Corona Circle
Rockford, IL 61108

Deep Data
4195 Chino Hills Parkway, Ste 500
Chino Hills, CA 91709

Creditor List - Mailing Matrix

David Keeler Hall    xxx-xx-8579

Page 6 of 14

Deluxe
3680 Victoria Street North
Shoreview, MN 55126

Dex-Real Yellow Pages
8519 Inovation Way
Chicago, IL 60682-0085

DFI Communications
5301 E State St
Rockford, IL 61108

Discount Labels
PO Box 802035
Chicago, IL 60680-2035

Dish Network
Dept 0063
Palatine, IL 6055-0063

EarthLink
CCA
PO Box 329
Norwell, MA 02061

Ebay
NCO Financial Systems
507 Prudential Rd
Harsham, PA 19044

Eclipse Technologies
4416 Boban Dr
Naniamo, BC V9T 5V9

Creditor List - Mailing Matrix

David Keeler Hall   xxx-xx-8579

Page 7 of 14

FedEx
US Collection Dept
2650 Thousand Oaks Blvd
Memphos, TN 38118

Financial Credit Network
1300 W Main St
Visalia, CA 93291

First Consumers National Bank
Card Member Services
PO Box 2210
Portland, OR 97208-2210

Fox Valley Insulation
136 N State St
Marengo, IL 60152

Garage Storage Cabinets
5501 E 6th Ave
Stillwater, OK 74074

GC  Services
PayPal
PO Box 721660
Oklahoma City, OK 73172

General Casualty
PO Box 3109
Milwaukee, WI 53201

Creditor List - Mailing Matrix

David Keeler Hall    xxx-xx-8579

Page 8 of 14

Grainger
Dept 664-854034626
Palatine, IL 60038

Grapevine Design
832 NW 19th Ave
Portland, OR 97209

Homeowner Data Service
1270 Turner Rd, Ste C
Liburn, GA 30047

Home Lumber
PO Box 370
Whitewater, WI 53190

Household Bank
PO Box 98715
Las Vegas, NV 89193

Iwebworks
721 E State St
Rockford, IL 61104

In Business Magazine
2718 Drydon Dr
Madison, WI 53704

Insight
115 N Galena Ave
Dixon, IL 61021

Creditor List - Mailing Matrix

David Keeler Hall    xxx-xx-8579

Interland
PO Box 406980
Atlanta, GA 30384

INV-Exchange
4829 E Everett Dr
Scottsdale, AZ 85254

James Blakney
835 Pewter
Rockford, IL 61101

John & Melodie Reardon
718 N Rockford Ave
Rockford, IL 61107

Joseph St George
4369 E Open Dr
Byron, IL 61010

Karen Schrader
2207 24th St
Rockford, IL 61108

L&H Manufacturing
PO Box 639
Mandan, ND 58554

List Industries
PO Box 639
Deerfield Beach, FL 33442

Creditor List - Mailing Matrix

David Keeler Hall    xxx-xx-8579

Page 10 of 14

Loyd Koch
1019 Franklin Pl
Rockford, IL 61103

Mapping Specialties LTD
1319 Applegate Rd
Madison, WI 53713

McHenry County Orthopedics
430 N Rte 31
Crystal Lake, IL 60012

MCI - Worldcom
c/o Mark Stiepling
205 N Michigan Ave, Ste 2500
Chicago, IL 60601

NEBS
500 Main St
Groton, MA 01471

NICOR
Bankruptcy Dept
1844 Ferry Rd
Naperville, IL 06563

Old Dominion Freight
PO Box 60908
Charlotte, NC 28260

Olive Bressette
2007 20th St
Rockford, IL 61109

Creditor List - Mailing Matrix

David Keeler Hall    xxx-xx-8579

Onyx Waste
135 S LaSalle - Dept 8155
Chicago, IL 60674

PAB Services
PO Box 6614
Rockford, IL 61125

Pekin Insurance
2505 N Court St
Pekin, IL 61558-001

Pitney Bowes
PO Box 856210
Louisville, KY 40285-6210

Plastic Printers
2750 Millard Ave
Hastings, MN 55033

Platinum Design
2512 Osage dr
Glenview, IL 60025

Providian
PO Box 660490
Dallas, TX 75266-0490

RCity Web
4655 W Ridge Rd
Spenserport, NY 14559

Creditor List - Mailing Matrix

David Keeler Hall    xxx-xx-8579

Page 12 of 14

Radio Works
c/o Attorney Thomas Green
PO Box 17190
Rockford, IL 61110

Raynor Door
9450 Forest Hills
Loves Park, IL 61111

Reinke Interior Supply
2440 S Wolf Rd
Des Plaines, IL 60018

Rent-A-Center
5501 Headquarters Drive
Plano, TX 75024

River District Apartments LLC/Mark Mercer
975 N Main St
Rockford, IL 61103

Rockford Clinic
2300 N Rockton Ave
Rockford, IL 61103

Rockford Heating & Air Conditioning
1618 Magnolia St
Rockford, IL 61104

Rockford Memorial Hospital
PO Box 14125
Rockford, IL 61105-4125

Creditor List - Mailing Matrix

David Keeler Hall    xxx-xx-8579

Rockford MRI Center
PO Box 5368
Rockford, IL 61125

Romona Gonzalez
2120 N Meridian
Rockford, IL 61101

SBC Law Dept - Bankruptcy
225 W Randolph St, Ste 27A
Chicago, IL 60606

Stoett
1234 Integrity Dr
Defiance, OH 43512

Superior Mill
2s410 Beechwood Rd
Glen Ellyn, IL 60137

Terry and Robin Smith
4551 Hilltop Dr
Loves Park, IL 61111

The Gallery Collection
PO Box 360
Ridgefield Park, NJ 07660-0360

Thomas Switzer
4150 Ruskin Rd
Rockford, IL 61101

Creditor List - Mailing Matrix

David Keeler Hall    xxx-xx-8579

Tylers Landscaping
6701 N Main St
Rockford, IL 61103

Uhaul International
1325 Airmotive Way,Ste. 100
 Reno, NV 89502

Uline
2200 S Lakeside Dr
Waukegan, IL 60085

United Building Center
3022 Milwaukee Rd
Beloit, WI 53511

USPS
c/o Dunn & Bradstreet RMS
PO Box 5272
Mt Laurel, NJ 08054

Verizon Directories Corp
PO Box 619480
DFW Airport, TX 75261

Waste Management
13125 N 2nd St
Roscoe, IL 61073

WearGuard
1057 Solutions Center
Chicago, IL 60677